FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENVIRONMENT CONTROL RESTORATION SERVICES, INC., an Idaho corporation, as an assignee of DEREK HANSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,<br><br>Defendant. | No.  2:25-CV-00249-ACE<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>**ECF Nos. 15 & 18** |

**BEFORE THE COURT** is the parties' stipulation of dismissal with prejudice.  ECF No. 18.  Plaintiff is represented by Gregory M. George; Defendant is represented by James D. Hicks.  The Court has reviewed the pending stipulation and is fully informed.  Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 18**, is **GRANTED**.

2.    Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

ORDER - 1

3.     Plaintiff's April 27, 2026 Motion to Exclude, **ECF No. 15**, is **DENIED AS MOOT**.

4.     The trial date and any remaining pretrial deadlines are **STRICKEN**.

5.     Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED June 15, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2